**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In Re: HARRISON E. BELLAMY,**
**Debtor.**
______________________________/

**Chapter 13**
**Case No. 8:10-bk-08027-CED**

# OBJECTION TO CLAIM OF LEROY BELLAMY (Claim #5)

**Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest files a response within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602 and serve a copy on the movant's attorney, D. Turner Matthews, Esq., 1720 Manatee Avenue West, Bradenton, Florida 34205.**

**If you file and serve an appropriate response within the time permitted, and the response reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified. Otherwise, the Court will consider the objection and the responses on the papers without further notice or hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

***COMES NOW*** Harrison E. Bellamy, by and through his undersigned attorney, and files this objection to the claim filed by LeRoy Bellamy and as grounds would say as follows:

1. Debtor disputes that he owes the sums stated in the claim.

2. Debtor's own records indicate that the total amount owed for the mortgage payments, insurance, and maintenance of the property from January 2000 through September 2009 was $301,215.26, of which Harrison Bellamy has paid $178,436.02, which is $27,828.39 more than his proportionate share due.

3. Debtor disputes that he is required to pay 50% of the purchase price for the assignment of the mortgage, as it does not mature until July 31, 2019.

WHEREFORE, the Court is requested to enter an order denying the claim as filed.

Dated this 19th day of October, 2010.

D. Turner Matthews
Florida Bar No. 0105087
1720 Manatee Avenue West
Bradenton, Florida 34205
(941) 794-8722 Office
(941) 748-6212 Facsimile
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or by U.S. MAIL and/or FACSIMILE to Keith T. Appleby, Esquire, Fowler, White, Boggs, P.A., Post Office Box 1438, Tampa, Florida 33601; Terry E. Smith, Trustee, Post Office Box 6099, Sun City Center, Florida 33570 this 19th day of October, 2010.

D. Turner Matthews, Esquire