**U.S. BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: HARRISON E. BELLAMY,

Debtor.
_____________________________/

CHAPTER 13
Case No. 8:10-bk-08027-CED

**STIPULATION FOR ENTRY OF AGREED ORDER ON DEBTOR'S OBJECTION TO CLAIM OF LEROY BELLAMY AND BELLAMY'S ELECTRIC, INC.**

COMES NOW, Harrison Bellamy, Leroy Bellamy, and Bellamy Electric Inc., by and through their undersigned attorney and file this Stipulation requesting the entry of the Agreed Order, attached hereto and would say as follows:

1. That this matter was set for a final evidentiary hearing December 16, 2010 on Debtor's objection to claim of Leroy Bellamy and Bellamy's Electric Inc.

2. That prior to the hearing the parties met and reached a settlement agreement which resolved the objection to claims as well as all other pending matters among the parties.

3. That the order attached represents that agreement of the parties.

Dated this 13 day of December 2010.

D. Turner Matthews, Esquire
Florida Bar No. 0105087
Christopher M. Hittel, Esquire
Florida Bar No. 0696048
1720 Manatee Avenue West
Bradenton, Florida 34205
Attorney for Debtor

Keith T. Appleby, Esquire
Florida Bar No. 11028
Fowler, White, Boggs, P.A.
Post Office Box 1438
Tampa, Florida 33601
Attorney for LeRoy Bellamy,
Bellamy's Electric Inc.

**U.S. BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: HARRISON E. BELLAMY,

Debtor.
_____________________________/

CHAPTER 13
Case No. 8:10-bk-08027-CED

**AGREED ORDER ON DEBTOR'S OBJECTION CLAIMS**

This Order is an agreed Order among all parties and is being entered pursuant to the Stipulation by the parties for the entry of an Agreed Order on Debtor's Objections to the claims of LeRoy Bellamy and Bellamy's Electric Inc., as well as other matters in adversary Proceeding 8:10-ap-01054-CED.

For the reasons set forth in the Stipulation, it is

**ORDERED** as follows:

1. That the LeRoy Bellamy claim (Claim No. 5) shall be allowed as a secured claim for $59,500, which represents $29,500 for prepetition payments and $30,000 for costs and all fees.

2. That the Bellamy's Electric claim (Claim No. 4) shall be disallowed.

3. That the parties agree that they are each liable for 50% of the post petition mortgage payments, and Debtor shall make monthly payments of $959 for his share of the principal and interest through the amended plan. Each party shall be responsible for 50% of the property taxes and property insurance. Debtor, so long as he occupies the property, shall pay 100% of the utilities, including water, sewer and garbage. Any other expense related to the property shall be agreed to in writing by both Debtor and LeRoy Bellamy prior to payment or the entry into any contract.

4. Debtor shall file an amended plan which will include a current monthly payment of $959 representing Debtor's portion of principal and interest due on the mortgage to Bellamy's Electric, Inc. plus an arrearage of $59,500, with the new payment amount to begin with the January payment.

Done and Order this ______________________________.

______________________________
Caryl E. Delano
U.S. Bankruptcy Judge

Copies to:

Christopher M. Hittel, Esquire, Debtor's Attorney, 1720 Manatee Avenue W., Bradenton, Florida 34205
Keith T. Appleby, Esquire, Fowler, White, Boggs, P.A.,Attorney for LeRoy Bellamy,
Post Office Box 1438, Tampa, Florida 33601
Terry E. Smith, Trustee, Post Office Box 6099, Sun City Center, Florida 33570
U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602