**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

HARRISON E. BELLAMY

Case No.: 8:10-bk-08027-KRM
Chapter 13

Debtor.
________________________/

**RESPONSE TO MOTION TO DETERMINE AND DECLARE MORTGAGE CURRENT**

Creditor LEROY BELLAMY ("Creditor"), by and through undersigned counsel, responds to Debtor's Motion to Determine and Declare Mortgage Current (Doc. No. 69) (the "Motion"), and states as follows:

1. The Trustee filed a Notice of Final Cure Payment and Completion of Plan Payments (Dkt. No. 65), and the Court entered an Order (Dkt. No. 73) extending Creditor's deadline to file a Statement pursuant to Fed. R. Bank. P. 3002.1 through September 15, 2016. In addition, the Debtor filed a Motion to Determine and Declare Mortgage Current which has been continued for preliminary hearing to October 7, 2015 at 10:15 a.m. (Dkt. No. 69) (the "Motion"). The Motion requests a "payoff and statement disclosing the balance due and the ongoing monthly payment amount and number of payments remaining on the mortgage account." (Dkt. No. 69 at para. 5.)

2. Here, the Court's Agreed Order on Debtor's Objection Claim (Dkt. No. 51) (the "Agreed Order") provides as follows:

> Debtor shall make monthly payments of $959 for his share of the principal and interest through the amended plan. Each party shall be responsible for 50% of the property taxes and property insurance. Debtor, so long as he occupies the property, shall pay 100% of the utilities, including water, sewer and garbage. Any other expense related to the property shall be agreed to in writing by both Debtor and LeRoy Bellamy prior to payment or the entry into any contract.

(Doc. No. 51 at para. 3.)

3. Creditor disagrees that the Debtor has paid the full amount required to comply with the Agreed Order and cure the default. Furthermore, Creditor does not agree that the Debtor is current on all payments.

4. Specifically, the Debtor currently owes Creditor a total of $12,686.00 representing unpaid principal due for April and May of 2015 and 50% of the insurance due. In addition, Debtor has not made any ongoing payments per the Agreed Order since June of 2015.

5. In response to the Motion, Creditor provides the following schedule of payments received from the Trustee:

| CHECK DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/15/2010 | 40166 | 1,986.00 |
| 10/13/2010 | 41286 | 1,917.41 |
| 12/13/2010 | 42115 | 1,917.41 |
| 2/24/2011 | 626793 | 2,794.48 |
| 3/24/2011 | 629707 | 2,012.65 |
| 4/25/2011 | 632680 | 2,123.85 |
| 5/24/2011 | 635338 | 2,152.48 |
| 6/27/2011 | 638815 | 2,152.84 |
| 7/26/2011 | 641995 | 2,170.23 |
| 8/24/2011 | 645291 | 2,170.23 |
| 9/26/2011 | 648731 | 2,170.23 |
| 10/24/2011 | 652083 | 2,118.05 |
| 11/22/2011 | 655371 | 2,118.05 |
| 12/27/2011 | 658774 | 2,118.05 |
| 1/24/2012 | 662175 | 2,118.05 |
| 2/24/2012 | 665677 | 2,118.05 |
| 3/26//2012 | 669037 | 2,135.44 |
| 4/25/2012 | 672548 | 2,135.44 |
| 5/24/2012 | 676067 | 2,135.44 |
| 6/25/2012 | 679620 | 2,135.44 |
| 7/27/2012 | 683247 | 2,170.23 |
| 8/28/2012 | 687177 | 2,170.23 |
| 9/24/2012 | 690880 | 2,325.65 |
| 10/25/2012 | 694674 | 2,142.06 |
| 11/27/2012 | 698529 | 2,240.43 |

| CHECK DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 12/26/2012 | 702072 | 2,240.43 |
| 1/25/2013 | 705830 | 4,357.66 |
| 3/25/2013 | 713778 | 2,155.43 |
| 4/24/2013 | 797614 | 2,240.43 |
| 5/28/2013 | 801400 | 2,240.43 |
| 6/24/2013 | 806295 | 4,480.85 |
| 7/28/2013 | 809072 | 4,480.85 |
| 10/24/2013 | 821538 | 2,222.16 |
| 11/22/2013 | 825248 | 2,222.16 |
| 12/26/2013 | 85888 | 4,529.33 |
| 2/25/2014 | 866200 | 1,918.00 |
| 3/25/2014 | 869560 | 2,356.33 |
| 4/24/2014 | 872987 | 2,258.69 |
| 5/27/2014 | 876426 | 2,258.69 |
| 6/24/2014 | 880411 | 2,258.69 |
| 7/25/2014 | 883947 | 2,258.69 |
| 10/27/2014 | 1000306 | 2,350.00 |
| 12/29/2014 | 1006981 | 2,181.54 |
| 1/2015 | | 2,246.51 |
| 2/2015 | | 2,246.51 |
| 3/2015 | | 2,246.51 |
| 4/2015 | | no payment received |
| 5/2015 | | no payment received |
| 6/24/2015 | 1025992 | 625.48 |

WHEREFORE, Creditor LEROY BELLAMY respectfully requests that this Court enter an Order denying Debtor's Motion to Declare Mortgage Current and for such other relief as the Court deems just and proper.

DATED: September 15, 2015

Respectfully submitted,

/s/ Darren D. Farfante

Darren D. Farfante
Florida Bar No. 0097802
BUCHANAN INGERSOLL & ROONEY PC
P.O. Box 1438
Tampa, FL 33601

Tel: (813) 228-7411
Fax: (813) 229-8313
Email: darren.farfante@bipc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished to those parties registered to receive service via CM/ECF and by U.S. Mail to following, this 15th day of September, 2015.

*Debtor*
Harrison E. Bellamy
1817 2nd Avenue East
Palmetto, FL 34221

*Debtor's Attorney*
Laurie L. Blanton, Esq.
2167 S. Tamiami Trail
Venice, FL 34293

Laurie L. Blanton, Esq.
Fitzhugh & Blanton
1041 US Highway 41 Byp. S.
Venice, FL 34285-43453

Debt Relief Legal Group LLC
901 W. Hillsborough Ave.
Tampa, FL 33603-1309

*Trustee*
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571

/s/ Darren D. Farfante
Darren D. Farfante
Florida Bar No: 0097802